IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES M. WATERS AND MICHAELA SHELTON WATERS, individually and on behalf of a Class of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GLOBAL PAYMENTS, INC., GLOBAL PAYMENTS DIRECT, INC., GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC., GLOBAL PAYMENTS CHECK SERVICES, INC., and JPMORGAN CHASE BANK, N.A.,<br><br>      Defendants. | Case No. 5:14-cv-06134-BP |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure and Local Rule 7.1, Defendants Global Payments Inc., Global Payments Direct, Inc., Global Payments Check Recovery Services, Inc., and Global Payments Check Services, Inc. (collectively the "Global Payments Defendants") offer the following corporate disclosure statement. Defendant Global Payments Inc. is the parent company of the remaining Global Payments Defendants and is a public company that is traded on the New York Stock Exchange under the ticker symbol GPN. None of the Global Payments Defendants has any subsidiaries or affiliates that have issued shares to the public.

Dated this 22nd day of January, 2015.

        Respectfully Submitted,

        ALSTON & BIRD, LLP

        /s/ Derin B. Dickerson
        Derin B. Dickerson (admitted pro hac vice)
        David B. Carpenter (admitted pro hac vice)
        Elizabeth Broadway Brown (admitted pro hac vice)
        1201 West Peachtree Street
        Atlanta, Georgia 30318
        Telephone: 404-881-7000
        Facsimile: 404-253-8169
        derin.dickerson@alston.com
        david.carpenter@alston.com
        liz.brown@alston.com

        and

        SHOOK, HARDY & BACON L.L.P.

        Rebecca Schwartz, Mo #46341
        Brent Dwerlkotte, Mo #62864
        2555 Grand Blvd.
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        rschwartz@shb.com
        dbdwerlkotte@shb.com

        *Attorneys for the Global Payments Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2015, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of interest.

/s/ Derin B. Dickerson
Derin B. Dickerson

*Attorney for the Global Payments Defendants*